1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  201 Mission Street, Suite 2700
   San Francisco, California 94105
3  Telephone:   (415) 348-6000
   Facsimile:   (415) 348-6001
4  Email:       jkirsch@gibsonrobb.com

5  Attorneys for Plaintiffs
   CLARA STREET COMPANY d/b/a CAMERON
6  HUGHES WINE and GREAT AMERICAN
   INSURANCE COMPANY OF NEW YORK
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 CLARA STREET COMPANY, a            )  Case No. 3:14-cv-00828 LB
   corporation d/b/a CAMERON HUGHES   )
11 WINE; GREAT AMERICAN INSURANCE)    **NOTICE OF VOLUNTARY DISMISSAL**
   COMPANY OF NEW YORK, a             )  **OF ENTIRE ACTION WITH PREJUDICE**
12 corporation;                       )
                                      )
13         Plaintiffs,                )
                                      )
14      v.                            )
                                      )
15 G3 ENTERPRISES, INC. which will do )
   business in Calif. as: DELAWARE G3 )
16 ENTERPRISES, INC., a corporation;  )
   MEDITERRANEAN SHIPPING             )
17 COMPANY (USA) INC, a corporation;  )
                                      )
18         Defendants.                )
                                      )
19

20      Plaintiff hereby dismisses this action with prejudice pursuant to FRCP 41(a) (1)(A)(i).

21

22 Dated: August 19, 2014             GIBSON ROBB & LINDH LLP

23
                                      By:   /s/ JOSHUA E. KIRSCH
24                                          Joshua E. Kirsch
                                            Attorneys for Plaintiff
25                                          CLARA STREET COMPANY
                                            d/b/a CAMERON HUGHES WINE
26                                          and GREAT AMERICAN
                                            INSURANCE COMPANY OF
27                                          NEW YORK

28

NOTICE OF DISMISSAL OF ENTIRE ACTION
Case No. 3:14-cv-00828 LB; File No. 5475.54

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

 I am employed in the City and County of San Francisco by the law firm of GIBSON ROBB & LINDH LLP, 201 Mission Street, Suite 2700, San Francisco, California 94105. I am over the age of 18 years and not a party to the within action.

 On August 19, 2014 I served the within **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** in said action by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and mailing on that date in, addressed as follows:

| | |
|---|---|
| James A. Marissen, Esq.<br>Erin Weesner-McKinley, Esq.<br>KEESAL, YOUNG & LOGAN<br>400 Oceangate<br>Long Beach, California 90802 | Andrew P. Johnson, Esq.<br>Associate General Counsel<br>G3 ENTERPRISES, INC.<br>502 E. Whitmore Ave.<br>Modesto, CA  95358 |
| *Counsel for Defendant*<br>**MEDITERRANEAN SHIPPING COMPANY (USA) INC** | *Counsel for Defendant*<br>**G3 ENTERPRISES INC. d/b/a DELAWARE G3 ENTERPRISES, INC.** |

[ ] (By Mail): I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

[X] (By Mail): As follows: I am "readily familiar" with the practice of GIBSON ROBB & LINDH LLP with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of affidavit.

[ ] (By Personal Service): I delivered such envelope by hand to the offices of the addressee(s).

Executed on August 19, 2014 at San Francisco, California.

[ ] (State): I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (Federal): I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

[X] (Federal): Pursuant to the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code.

_____
Sarah K. Lynch